# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

**MEMO ENDORSED**

April 8, 2020

> A telephonic conference will be held on April 14, 2020 at 10:00 AM. The parties are directed to call (877) 411-9748; access code 3029857.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 9, 2020
> New York, New York

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10004

Re:   *United States v. Frank Brandon, et al.*
        Criminal Docket No. 19-79 (ER)

Dear Judge Ramos:

I am writing on behalf of the parties to request a telephone conference with the Court on April 13 or 14 to discuss a scheduling problem that has arisen as a result of the Covid-19 pandemic. Specifically, because of the scheduling problems created by the pandemic, the trial of U.S. v. Blondet, a multi-defendant RICO/murder trial before Judge Furman, that was scheduled to begin on June 1, 2020 and last for eight to twelve weeks, was moved to February 1, 2021, creating a conflict with the trial of Frank Brandon, currently scheduled to take place before Your Honor on February 22, 2021. The parties are requesting a phone conference to set a new trial date convenient to the Court and the parties.

I have spoken to AUSA Gentile and to my co-counsel, Jeremy Schneider and we are all available on Monday and Tuesday next week to speak with the Court.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

ACM:bgb
cc:   AUSA Dominic Gentile (via e-mail)
        Jeremy Schneider, Esq. (via e-mail)