UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

FRANK BRANDON,

               Defendant.
-------------------------------------------------------X

ORDER

19-CR-79 (ER)

RAMOS, D.J.:

The change of plea previously scheduled to occur as a videoconference at 11:00 a.m. on June 8, 2021, is hereby rescheduled for **June 8, 2021 at 9:00 a.m.**

To optimize the quality of the video feed, the Court, the defendant, defense counsel, and the government will appear by video for the proceeding; all others will participate by telephone. Members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 32091812# and PIN 9921299#.

In advance of the conference, Chambers will email the parties with further information on how to access the conference. Those participating by video will be provided a link to be pasted into their browser. **The link is non-transferrable and can be used by only one person**; further, it should be used **only** at the time of the conference because using it earlier could result in disruptions to other proceedings.

    SO ORDERED.

Dated: June 7, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J
United States District Judge