ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/12/2021

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

October 7, 2021

> Sentencing is adjourned to January 13, 2021 at 3:30 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 10/12/2021
> New York, New York

**BY ECF and EMAIL**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Frank Brandon
    19 Cr. 079 (ER)

Dear Judge Ramos:

Avi Moskowitz and I represent Mr. Brandon in the above referenced matter. I am writing, with the consent of the government, by AUSA Bracewell, to request that the sentencing, presently scheduled for October 26, 2021, be adjourned, due to the continuing COVID pandemic, and counsel's personal medical issues which have adversely impacted our ability to adequately complete the defendant's sentencing submission. Pursuant to a conversation with your Honor's courtroom deputy, Ms. Jazmin Rivera, I understand that January 13, 2022 at 3:30 p.m. is a convenient date and time for the Court.

If your Honor has any questions, or would like additional information, please do not hesitate to contact me.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

Jeremy Schneider

cc: AUSA Mary Bracewell (By ECF and Email)
    AUSA Peter Davis (By ECF and Email)
    Avi Moskowitz, Esq. (By ECF and Email)

JS/sc