USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/20/2021

Case 1:19-cr-00079-ER   Document 50   Filed 12/20/21   Page 1 of 1

# M&B
MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

## MEMO ENDORSED

December 20, 2021

> Sentencing is adjourned to March 21, 2022 at 10 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/20/2021
> New York, New York

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10017

Re:   *United States v. Frank Brandon, et al.*
Criminal Docket No. 19-79 (ER)

Dear Judge Ramos:

This letter is respectfully submitted on behalf of the defendant, Frank Brandon, to request an adjournment of the sentencing in this matter, currently scheduled for January 13, 2022. The adjournment is necessary to enable counsel to obtain letters of support from Mr. Brandon's family and friends and to prepare an appropriate sentencing submission on his behalf. If the Court is willing to grant an adjournment, we would propose that the sentencing be adjourned to March 31, 2022 at 10:00, a date and time we understand may be convenient to the Court.

We have discussed the requested adjournment and this proposal with AUSA Bracewell and Davis who advised us that the Government has no objection to the adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

cc: All Counsel of Record (by email)